**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
TODD FRIEDMAN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD FRIEDMAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MED DIRECT CAPITAL, LLC, <br><br> Defendant. | Case No. 2:15-cv-04569-DDP-GJS <br><br> **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

///

///

///

///

---

**VOLUNTARY DISMISSAL**

-1-

NOW COMES Plaintiff, TODD FRIEDMAN ("Plaintiff"), by and through the undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i)*, hereby voluntarily dismisses the instant action. Plaintiff dismisses both his individual claims and the putative class claims *without* prejudice.

Date: September 3, 2015                             **MARTIN & BONTRAGER, APC**

                                                    By:*/s/ Nicholas J. Bontrager*
                                                         Nicholas J. Bontrager
                                                         Attorneys for Plaintiff